UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE BEA GAYE, on behalf of herself
and all other persons similarly situated,
known and unknown,

       Plaintiff,

CASE NO. 1:13-CV-113

v.

HON. ROBERT J. JONKER

MILLER APPLE, L.P.,

       Defendant.
_____/

## ORDER

The Court finds good cause under Rule 26(c) for a discovery protective order and adopts the proposed order of the parties (docket # 18), except with respect to ¶ 8 which is deleted.  Paragraph 6 covers all materials that a party seeks to file under seal.

**IT IS SO ORDERED**.

                               /s/Robert J. Jonker
                               ROBERT J. JONKER
                          UNITED STATES DISTRICT JUDGE

Dated:  August 16, 2013